U.S. I

Unite
South

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

The J
26 Fe
New Y

July 22, 2026

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Ferrell Tucker*, 26 Cr. 208 (AT)**

Dear Judge Torres:

The Government writes on consent with defense counsel, Martin Cohen, to respectfully respect that the Court adjourn the conference currently scheduled for August 17, 2026 to September 8, 2026, at 10:00 a.m. Based on my conversations with Mr. Cohen, the defendant intends to enter a plea of guilty, pursuant to a plea agreement, on September 8, 2026. Thank you for your consideration.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ____________________________
Keith Savino
Assistant United States Attorney
(212) 637-1946

The status conference currently scheduled for August 17, 2026 is ADJOURNED to **September 8, 2026**, at **10:00 a.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The conference is also converted to a change-of-plea hearing.

SO ORDERED.

Dated: July 23, 2026
New York, New York

ANALISA TORRES
United States District Judge