USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __8/28/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FERRELL TUCKER,

Defendant.

26 Cr. 208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The change of plea hearing currently scheduled for September 8, 2026, at 10:00 a.m. is ADJOURNED to **September 8, 2026, at 1:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 28, 2026
New York, New York

ANALISA TORRES
United States District Judge