USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

UNITED STATES OF AMERICA

- v. -

FERRELL TUCKER,

Defendant.

---------------------------------- x

CONSENT PRELIMINARY ORDER OF FORFEITURE <u>AS TO SPECIFIC PROPERTY</u>

26 Cr. 208 (AT)

WHEREAS, on or about May 21, 2026, FERRELL TUCKER (the "Defendant"), was charged in a one-count Indictment, 26 Cr. 208 (AT) (the "Indictment"), with possession of ammunition after a felony conviction, in violation of Title 18 United States Code, Section 922(g)(1);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), of any and all firearms and ammunition involved in or used in the offense.

WHEREAS, on or about September 8, 2026, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all right, title, and interest of the Defendant in the specific property described below;

WHEREAS, the Defendant further consents to the forfeiture of all his right, title and interest in the following specific property, as firearms and ammunition involved in the offense charged in Count One of the Indictment:

a. The following firearm and ammunition seized by the Government on or about May 8, 2026:

i. A 9-millimeter handgun with no manufacturer name or serial number; and

ii. Nine 9-millimeter cartridges, including three cartridges manufactured by Federal Cartridge Company, two cartridges manufactured by Prvi Partizan, two cartridges manufactured by Companhia Brasileira de Cartuchos, and two cartridges manufactured by Speer/CCI.

(collectively, the "Specific Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney James M. McDonald, United States Attorney, Assistant United States Attorney Keith Savino, of counsel, and the Defendant, and his counsel, Martin Cohen, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant

FERRELL TUCKER, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ______________________ 9/8/2026
Keith Savino DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-1946

By: ______________________ 9-8-2026
FERRELL TUCKER DATE

By: ______________________ 9-8-2026
Martin Cohen, Esq. DATE
Attorney for Ferrell Tucker
Federal Defender of New York
52 Duane Street, 10th Floor
New York, New York 10007

SO ORDERED:

______________________ September 8, 2026
New York, New York

HONORABLE ANALISA TORRES DATE
UNITED STATES DISTRICT JUDGE